Alfred Clayton, Jr.
BLISS WILKENS CLAYTON & DIEMER
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-Mail: atc@bwclawyers.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH HEYNEN, ) | |
| ) | Case No. 1:11-cv-00010-TMB |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLSTATE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties hereto, through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims which were or could have been brought in the captioned matter be dismissed with prejudice, each party to bear its own costs and attorney's fees, on the ground and for the reason all issues raised herein have been fully compromised and settled.

DATED this 9th day of January, 2015, at Anchorage, Alaska.

        BLISS WILKENS CLAYTON & DIEMER
        Attorneys for Defendant
        Allstate Insurance Company

        By:    s/ Alfred Clayton, Jr.
                Alfred Clayton, Jr.
                ABA No. 9111079

        CHOATE LAW FIRM LLC
        Attorneys for Plaintiff Elizabeth Heynen

        By:    s/ Mark C. Choate
                Mark C. Choate
                ABA No. 8011070

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2015, a copy of the foregoing document was served electronically on:

Mark C. Choate
Choate Law Firm LLC

s/ Alfred Clayton, Jr.

N:\JAW\854\710\PLDNGS\Dismiss.Stip.doc